IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSE LISERIO, EMMA LISERIO, | § | |
| Plaintiffs, | § | SA-19-CV-01486-JKP |
| vs. | § | |
| NEWREZ LLC, | § | |
| Defendant. | § | |

## SHOW CAUSE ORDER

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial matters [#4]. On this day, the Court held an initial pretrial conference. Counsel for Plaintiff failed to appear. The record reflects that Plaintiffs' counsel was aware of the pretrial conference, as he conferred with defense counsel on the parties' Rule 26(f) report [#7]. The record also reflects that Defendant has a Motion to Dismiss on file [#6], the response to which is due today. To date, Plaintiffs have not filed their response with this Court or served a response on Defendant. Additionally, Plaintiffs' counsel was sent a letter on December 27, 2019, directing him to apply for admission to the Western District of Texas [#3]. Plaintiffs' counsel has not complied with this directive. According to the records of the Western District, Plaintiffs' counsel has two previous *pro hac vice* admissions; therefore, to proceed in this case, he is required to apply for admission to this Court. In light of these facts,

**IT IS HEREBY ORDERED** that Plaintiffs' counsel **SHOW CAUSE on or before March 6, 2020** why this case should not be dismissed for failure to comply with court orders and for want of prosecution or why Defendant's motion to dismiss should not be granted as unopposed under this Court's Local Rules.

**IT IS SO ORDERED.**

SIGNED this 27th day of February, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE