IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JESSE LISERIO, EMMA LISERIO, | § § § | |
| Plaintiffs, | § § | SA-19-CV-01486-JKP |
| vs. | § § | |
| NEWREZ LLC, | § § § | |
| Defendant. | § | |

**<u>ORDER</u>**

Before the Court is the Motion for Admission Pro Hac Vice [#14] filed by Ramon S. Rodriguez, Jr., counsel for Plaintiff. Mr. Rodriguez is a member in good standing of the bar of the State of Texas. According to the motion, this is Mr. Rodriguez's third application to appear *pro hac vice* in the Western District of Texas.

It is this Court's policy to require all counsel to apply for admission to the Western District's federal bar and to follow through with the application as a condition of appearance *pro hac vice* in any case. This Court has, however, made an exception for counsel if their practice in the Western District is limited to one or two cases, so long as the attorney has co-counsel admitted to practice in this District. Any additional requests require counsel to apply for admission to the Western District of Texas.

Mr. Rodriguez's application does not indicate that he has co-counsel in this case. The Court will therefore conditionally grant Mr. Rodriguez's motion such that he may appear in this case *pro hac vice* provided he either applies for admission and is licensed in the Western District of Texas or obtains licensed co-counsel that makes an appearance on behalf of Plaintiff within 180 days from the date of this order.

1

Accordingly, **IT IS HEREBY ORDERED** that the Motion for Admission Pro Hac Vice [#14] is **CONDITIONALLY GRANTED** such that Ramon S. Rodriguez, Jr. may appear before this Court *pro hac vice* provided he applies for admission to the Western District of Texas and is admitted to practice in the Western District of Texas **within 180 days** from the date of this order or obtains co-counsel admitted in this District. Should Mr. Rodriguez fail to comply with this Court's order, he will no longer be permitted to represent Plaintiff in this case. The Court further **ORDERS** counsel to become familiar with the Local Court Rules of the United States District Court for the Western District of Texas, a copy of which may be obtained from the United States District Clerk for the Western District of Texas.

**IT IS FURTHER ORDERED** that Ramon S. Rodriguez, Jr., pursuant to Section 6 of the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases in the Western District of Texas, must register as a filing user within ten (10) days of this Order, if he has not already done so. Mr. Rodriguez's *pro hac vice* status shall not take effect until he has complied with all of the requirements contained in this Order.

SIGNED this 26th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE